United States District Court
Southern District of Texas
**ENTERED**
November 14, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Jose Padilla, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-23-3057 |
| | § | |
| SHC Electric LLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER

On November 13, 2023, Plaintiff, Jose Padilla, filed a Notice of Voluntary Dismissal (docket no. 8) stipulating to the voluntary dismissal of this action against Defendant, SHC Electric LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, this Court accepts the stipulation and this action is hereby **DISMISSED WITH PREJUDICE** against Defendant, SHC Electric LLC.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 14th day of November, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE